PEOPLE ex rel. TRAYNOR v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Proceeding by the People of the State of New York, on the relation of James Traynor, against Theodore A. Bingham, as Police Commissioner of the City of New York.

PER CURIAM. Determination confirmed, with costs.

WOODWARD, J., dissents.

PEOPLE ex rel. VICTOR KOECHL & CO. v. KELSEY, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Proceeding by the People of the State of New York, on the relation of Victor Koechl & Co., against Otto Kelsey, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. ZWIRMAN v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Proceeding by the People of the State of New York, on the relation of Andrew Zwirman, against Theodore A. Bingham, as Commissioner. J. Rouss, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

PETERSON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Rudolph Peterson against the City of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

PETERSON, Appellant, v. HAWS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Charles O. Peterson, as executor, etc., against Clinton Haws, individually and as executor, etc., and others.

PER CURIAM. Judgment and order modified, by reducing the additional allowance to the sum of $87.60, and, as so modified, affirmed, without costs of this appeal to either party, and without prejudice to an application at Special Term to correct the judgment to conform to the decision as regards the recovery of costs against the plaintiff personally.

WILLIAMS, J., not sitting.

PETTIS v. SCHWARTZ. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Ellis Pettis against Adolph Schwartz. H. J. Cohen, for plaintiff. A. J. Geist, for defendant. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, on Matter of Stoddard, 128 App. Div. 759, 113 N. Y. Supp. 157. Order filed. See, also, 137 App. Div. 242, 122 N. Y. Supp. 50.

In re PFOHL. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) In the matter of the judicial settlement of the

123 N.Y.S.—72

accounts of Edward N. Pfohl, former administrator of the estate of Robert E. Campbell, deceased.

PER CURIAM. Decree affirmed, with costs and disbursements against James Campbell personally.

WILLIAMS, J., not sitting.

PIERCE, Respondent, v. WHITCOMBE, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Franklin Pierce against James A. Whitcombe, impleaded with others. J. M. Gazzam, for appellant. F. Pierce, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PIERSON et al., Respondents, v. VILLAGE OF FAYETTEVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Sarah G. Pierson and others against the Village of Fayetteville. No opinion. Judgment affirmed, with costs.

PIGNON, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Emanuel Pignon against Harry Miller and another. W. Carmalt, for appellant. S. J. Albert, for respondents. Judgments and order affirmed, with costs. No opinion. Order filed.

PITTSBURGH LIFE & TRUST CO., Respondent, v. HULSE et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the Pittsburgh Life & Trust Company against Frederick Hulse and others. A. M. Mayer, for appellants. H. C. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POPP, Respondent, v. TAMBURO, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Caroline Popp against Joseph Tamburo. No opinion. Order of the Municipal Court affirmed, with costs.

POTTER, Appellant, v. SIEGEL-COOPER CO., Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Anna Potter against the Siegel-Cooper Company. D. Bernstein, for appellant. T. H. Lord, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PRENTISS TOOL & SUPPLY CO., Respondent, v. HYDROSTATIC MACHINERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by the Prentiss Tool & Supply Company against the Hydrostatic Machinery Company. No opinion. Motion to dismiss appeal denied, with $10 costs.

PRESSPRICH, Appellant, v. HEILMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 10, 1910.)